1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SATWINDER SINGH,                                Case No.  C 07-3472 JSW

                                                PROOF OF SERVICE
         Plaintiff,                             (Fed.R.Civ.P. 4(i))

    vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and
Immigration Services,

         Defendant.
_____/

    I, JONATHAN M. KAUFMAN, do hereby declare:

    That I am attorney for plaintiff in the above captioned action.

    That on July 3, 2007 copies of the summons and complaint in the above captioned action were placed in the United States Mail at San Francisco, California, certified mail, addressed to Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services, 425 I Street, N.W., Washington, D.C. 20536, Office of General Counsel, U.S. Department of Homeland Security, Washington, DC. 20528, and Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on July 11, 2007 at San Francisco, California.
3
                                                                    _____
                                                                    JONATHAN M. KAUFMAN
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28