JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     klo-jmk@pacbell.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

SATWINDER SINGH,                              Case No. C 07-3472 JSW

                                             CERTIFICATE OF SERVICE
            Plaintiff,

      vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and
Immigration Services,

            Defendant.
_____/

      I, JONATHAN  M. KAUFMAN, do hereby declare:

      That on July 6, 2007 a copy of the July 3, 2007 order setting initial case management

conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served

on defendant by  placing copies in the U.S. Mail at San Francisco, California in a sealed envelope,

postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue,

Box 36055, San Francisco, CA 94102.

1

1        I declare under penalty of perjury that the foregoing is true and correct and that this was

2    executed on July 11, 2007 at San Francisco, California.

3     

4                                               JONATHAN M. KAUFMAN