1 | JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
2 | 220 Montgomery Street, Suite 976
San Francisco, CA 94104
3 | Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
4 | E-Mail:    klo-jmk@pacbell.net

5 | Attorney for Plaintiff

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8 | SAN FRANCISCO DIVISION

10 | SATWINDER SINGH,                          Case No. C 07-3472 JSW

11 |                                           CERTIFICATE OF SERVICE
            Plaintiff,
12 |
        vs.
13 |
     EMILIO T. GONZALEZ,
14 | Director, United States Citizenship and
     Immigration Services,
15 |
            Defendant.
16 | _____/

17 |        I, JONATHAN M. KAUFMAN, do hereby declare:

18 |        That on July 11, 2007 a copy of plaintiffs' First Amended Complaint for Declaratory

19 | Judgment and was served on defendant by placing copies in the U.S. Mail at San Francisco,

20 | California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States

21 | Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on July 11, 2007 at San Francisco, California.

                                                                                 _____
                                                                                 JONATHAN M. KAUFMAN