1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SATWINDER SINGH,                                Case No. C 07-3472 JSW

           Plaintiff,                           CERTIFICATE OF SERVICE

     vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and
Immigration Services,

           Defendant.
_____/

   I, JONATHAN M. KAUFMAN, do hereby declare:

   That on July 11, 2007 a copy of the Court's July 9, 2007 Order Setting Case Management Conference and Requiring Joint Case Management Conference on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on July 11, 2007 at San Francisco, California.
3
                                                              _____
                                                              JONATHAN M. KAUFMAN