JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     klo-jmk@pacbell.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SATWINDER SINGH, et al., | Case No. 07-3472 JSW |
| Plaintiff, | ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

It is ordered that plaintiffs' motion for a preliminary injunction is granted, and defendant enjoined to adjudicate plaintiffs' visa petition and application for adjustment of status forthwith.

IT IS SO ORDERED.

_____
JEFFREY S. WHITE
United States District Judge

1