IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SATWINDER SINGH, et al.

    Plaintiff,

v.

EMILIO T. GONZALEZ,

    Defendant.

No. C 07-03472 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**

On July 13, 2007, Plaintiffs filed a motion for a preliminary injunction and noticed the motion for a hearing on September 14, 2007. The Court HEREBY ORDERS that Defendant's opposition shall be due on August 3, 2007, and Plaintiffs' reply shall be due on August 10, 2007. If the parties wish to modify this briefing schedule, they must submit a motion or stipulation demonstrating good cause for the modification.

Plaintiffs are FURTHER ORDERED to serve a copy of this Order on Defendant by no later than 12:00 p.m. Monday, July 16, 2007, and to file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: July 13, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE