JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SATWINDER SINGH,<br><br>              Plaintiff,<br><br>      vs.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and Immigration Services,<br><br>              Defendant.<br>_____/ | Case No. C 07-3472 JSW<br><br>CERTIFICATE OF SERVICE |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on July 13, 2007 a copy of the Court's July 13, 2007 Order Setting Briefing Schedule on Motion for Preliminary Injunction was served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Ila Deiss, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on July 13, 2007 at San Francisco, California.

                                                                                              JONATHAN M. KAUFMAN