SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SATWINDER SINGH and SURINDER SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-3472 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' visa petition and adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stipulation to Dismiss
C07-3472 JSW                                                       1

Dated: July 31, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

Dated: July 31, 2007

_____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JEFFREY S. WHITE
United States District Judge