1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  SATWINDER SINGH and                    )
    SURINDER SINGH,                        )   No. C 07-3472 JSW
13                                         )
              Plaintiffs,                  )
14                                         )   **STIPULATION TO DISMISS; AND**
         v.                                )   **[PROPOSED] ORDER**
15                                         )
    EMILIO T. GONZALEZ, Director, United States )
16  Citizenship and Immigration Services,  )
                                           )
17            Defendant.                   )
    _____ )
18

19
         Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorneys
20
    of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light
21
    of the adjudication of Plaintiffs' visa petition and adjustment of status application.
22
         Each of the parties shall bear their own costs and fees.
23
24  ///

25  ///

26  ///

27  ///

28  ///

    Stipulation to Dismiss
    C07-3472 JSW                          1

Dated: July 31, 2007                          Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney


                                              _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorney for Defendant


Dated: July 31, 2007                          _____/s/_____
                                              JONATHAN KAUFMAN
                                              Attorney for Plaintiffs


                              **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.



Date:  August 3, 2007                         _____
                                              JEFFREY S. WHITE
                                              United States District Judge


Stipulation to Dismiss
C07-3472 JSW                        2